UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.                      ) | Cr. No. 16-CR-20155-SHL |
| ) | |
| DAN MELINDO,             ) | |
| ) | |

APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have DAN MELINDO, Inmate DC#26284, now being detained in the Florida Department of Corrections, Okeechobee Correctional Institution, 3420 NE 168th Street, Okeechobee, FL 34972, appear before the Honorable Judge Tu M. Pham on July 25, 2017 at 2:00 p.m. for an initial appearance and for such other appearances as this Court may direct.

Respectfully submitted this 30th day of June, 2017.

s/TONY R. ARVIN
Assistant U. S. Attorney

--------------------------------------------------------------------------------

Upon consideration of the foregoing Application, JEFFERY T. HOLT, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN., SHERIFF BILL OLDHAM, SHELBY COUNTY JAIL, MEMPHIS, TN AND/OR JAMES COLEMAN, DIRECTOR OF SHELBY COUNTY CORRECTIONAL FACILITY.

YOU ARE HEREBY COMMANDED to have DAN MELINDO DC#26284, now being detained in the Florida Department of Corrections, Okeechobee Correctional Institution, appear before the Honorable Judge Tu M. Pham on the date and time aforementioned.

ENTERED this 30th day of June, 2017.

        **S/ Tu M. Pham**
        **UNITED STATES MAGISTRATE JUDGE**