IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiff, | * | Cr. No.  16-CR-20155-SHL |
| | * | |
| v. | * | |
| | * | |
| DAN MELINDO, | * | |
| | * | |
| Defendant. | * | |

**POSITION OF THE UNITED STATES WITH RESPECT
TO SENTENCING**

Comes now the United States by and through counsel D. Michael Dunavant, United States Attorney for the Western District of Tennessee, and notifies the Court of the position of the United States.

1. The United States has received and reviewed the Presentence Report filed in this case.

2. The United States has no objections to the Presentence Report.

3. The United States recommends that the defendant receive a reduction in his offense level for acceptance of responsibility.

4. The United States recommends that the defendant be sentenced at the low end of the sentencing range.

        Respectfully submitted,

        D. MICHAEL DUNAVANT
        United States Attorney

By:   s/TONY R. ARVIN
       TONY R. ARVIN
       Assistant United States Attorney
       167 N. Main Street, Suite 800
       Memphis, TN  38103
       (#11392 Tennessee)

## CERTIFICATE OF SERVICE

I, Tony R. Arvin, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Position of the United States was forward by means of the Court electronic filing system to counsel for defendant:

Needum Germany
Asst. Federal Defender
200 Jefferson Avenue
Suite 200
Memphis, TN  38103

This 18th day of December, 2017.

        s/TONY R. ARVIN
        TONY R. ARVIN
        Assistant United States Attorney