*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*Western Division*
*Office of the Clerk*

*Thomas M. Gould, Clerk*                                              *Deputy-in-Charge*
*242 Federal Building*                                        *U.S. Courthouse, Room 262*
*167 N. Main Street*                                          *111 South Highland Avenue*
*Memphis, Tennessee 38103*                                    *Jackson, Tennessee  38301*
*(901) 495-1200*                                                        *(731) 421-9200*

## NOTICE OF RE-SETTING
**Before Judge Sheryl H. Lipman, United States District Judge**

December 20, 2017

RE:   **2:16-cr-20155-SHL**
      ***USA v. DAN MELINDO***

Dear Sir/Madam:

A **SENTENCING HEARING** before **Judge Sheryl H. Lipman** has been **RESET** from THURSDAY, JANUARY 4, 2018 at 2:00 P.M. to **FRIDAY, JANUARY 19, 2018** at **2:00 P.M. in Courtroom 4, 9th floor of the Federal Building, Memphis, Tennessee.**

The parties are instructed to have present any witnesses who will be needed for this hearing.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
THOMAS M. GOULD, CLERK
BY:   *s/Terry Haley*,
      Case Manager to Judge Sheryl H. Lipman
      901-495-1276
      terry_haley@tnwd.uscourts.gov