IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Cr. No.  16-20155-SHL

DAN MELINDO,

    Defendant.

---

## MOTION TO AUTHORIZE TRAVEL EXPENSES

---

    COMES NOW the defendant Dan Melindo, by and through his counsel, Needum L. Germany and respectfully moves this Honorable Court pursuant to 18 U.S.C. §4285 for travel expenses and other authorized expenses for her subsistence to allow the defendant to travel from Eugene, Oregon to Memphis, Tennessee to appear in Court for his sentencing hearing on Friday, January 19, 2018 at 2:00 p.m.; and for his return journey from Memphis, Tennessee to Eugene, Oregon.  Defendant has been found indigent by this Court, and is without means to afford his transportation expenses to and from Court.

    The Assistant United States Attorney assigned to this case, Tony Arvin, has no objection to said motion.

    WHEREFORE, PREMISES CONSIDERED, defendant, Dan Melindo respectfully moves this Honorable Court to order the United States Marshal Service to pay for and make arrangements for his travel from Eugene, Oregon to Memphis, Tennessee for his Court appearance on Friday, January 19, 2018 at 2:00 p.m.; and for his return journey on Friday, January 19, 2018 after his Court hearing; and for other authorized expenses for his subsistence during said travel.

Respectfully submitted,

DORIS RANDLE-HOLT
FEDERAL DEFENDER

s/ Needum L. Germany
Assistant Federal Defender
200 Jefferson Avenue, Suite 200
Memphis, TN 38103
(901) 544-3895

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Authorize Travel Expenses has been forwarded by electronic means via the Court's electronic filing system to Mr. Tony Arvin, Assistant U.S. Attorney, 167 N. Main, Suite 800, Memphis, TN 38103.

This 17th day of January, 2018.

s/ Needum L. Germany
Assistant Federal Defender